EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Francisco Ruiz Nieves | 2007 TSPR 173 172 DPR \_\_\_\_ |

Número del Caso: TS-4227

Fecha: 11 de septiembre de 2007

Abogado de la Parte Peticionaria:

Por Derecho Propio

Oficina de Inspección de Notarías:

Lcda. Lourdes I. Quintana Lloréns
Directora

Materia: Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

TS-4227

Francisco Ruiz Nieves

SALA DE VERANO INTEGRADA POR EL JUEZ PRESIDENTE SEÑOR HERNÁNDEZ DENTON Y LOS JUECES ASOCIADOS SEÑORES FUSTER BERLINGERI Y RIVERA PÉREZ.

RESOLUCION

San Juan, Puerto Rico, a  11 de septiembre de 2007.

Examinada la "Moción Informativa sobre el Estado de la Obra Notarial Incautada" presentada por la Oficina de Inspección de Notarías, se concede al Lic. Francisco Ruiz Nieves su reinstalación al ejercicio de la notaria a partir de que se notifique esta Resolución.

Notifíquese por telefax y por la vía ordinaria.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo